By the Court.
 

 The object of the act of 1798, ch. 19, was to suppress excessive gaming, and also to remove the temptations to
 
 “
 
 idleness and dissipation,” as these contributed to the main vice. The act therefore forbids the use of “ gaming tables,” generally, with a proviso, that it should not extend to billiard tables until the first
 
 *293
 
 day of April, then ensuing. The act of 1804, ch. 31, tolerates the use of billiard tables, but imposes a tax upon that use. By that act, every man -«who
 
 “ erects and keeps”
 
 a billiard table, is made liable to the tax. The Legislature seems to have considered the use of the billiard table as conducive to idleness and dissipation, as well as a mean by which excessive gaming was promoted. We are therefore of opinion that judgment should be entered for the Defendant.